# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHANIE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV617-115 |
| | ) | |
| EAST GEORGIA REGIONAL | ) | |
| MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As service on defendants has been perfected (doc. 5 (Order greenlighting Complaint for service and directing United States Marshal to serve defendant East Georgia Regional Medical Center); doc. 8 (waiver of service signed by defendant on December 7, 2017)), defendant's motion to dismiss for failure to timely perfect service (doc. 6) is **DENIED** as moot.

**SO ORDERED**, this  29th  day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA