IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHANIE MOORE, | * | |
| Plaintiff, | * | |
| v. | * | CV 617-115 |
| EAST GEORGIA REGIONAL MEDICAL CENTER; STACEY HAMMOCK-HODGES; and MICHAEL BLACK, | * | |
| Defendants. | * | |

**ORDER**

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 15.) Defendants filed a response in which they stipulate to the voluntary dismissal with prejudice of this action. (Doc. 16.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 31st day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA